JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| STEVE HERNANDEZ, Individually and On Behalf of Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BNK PETROLEUM (US), INC., a California corporation; and DOES 1-30, inclusive,<br><br>Defendants. | Case No.: CV 17-1262-DMG (SSx)<br><br>**Order re Dismissal [18]** |

Having reviewed Plaintiff Steve Hernandez's notice of voluntary dismissal with prejudice, the Court orders this case to be DISMISSED WITH PREJUDICE.

DATED:  April 10, 2017

_____

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE